# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

ESSEX CRANE RENTAL
CORPORATION,

    Plaintiff,

v.                              CASE NO.:   3:09cv13/MCR/MD

W.G. YATES & SONS
CONSTRUCTION COMPANY,

    Defendant.
_____/

## AMENDED ORDER OF DISMISSAL

This matter is before the Court upon the parties' Stipulation for Dismissal. (Doc. 51). The previously entered Order of Dismissal (doc. 50) is amended to the extent this case is dismissed consistent with the parties' joint stipulation. The Clerk is directed to close the case in its entirety for all purposes.

**ORDERED** on this 25th day of June, 2009.

                                          s/ *M. Casey Rodgers*
                                     **M. CASEY RODGERS**
                                     **UNITED STATES DISTRICT JUDGE**